IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION


WILLIE FRANK WADE                          §

VS.                                        §                    CIVIL ACTION NO. 6:07cv500

SHERIFF OF GREGG COUNTY, TEXAS             §


ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate

Judge Judith K. Guthrie.  The Magistrate Judge presented for consideration the Magistrate Judge's

Report, containing proposed findings of fact and recommendations for disposition of this case.

Petitioner filed objections to the Report.  Petitioner contends that his petition should not be

dismissed for failure to exhaust his state court remedies because he was held in jail while sick, not

receiving his medicine, is stressed because he was in jail for no reason, and feels he deserves an

apology.

Petitioner filed a habeas petition, which is the proper vehicle to seek release from custody.

*See Carson v. Johnson*, 112 F.3d 818, 820 (5th Cir. 1997).  In contrast, generally § 1983 suits are

the proper vehicle to attack unconstitutional conditions of confinement and prison procedures.  *Id*.

The treatment a prisoner receives in prison or jail and the conditions under which he is confined are

subject to scrutiny under the Eighth Amendment, which prohibits cruel and unusual punishment.

*See Farmer v. Brennan*, 511 U.S. 825, 832 (1994).  A writ of habeas corpus is an improper remedy

for such claims.  If Petitioner wants to raise these issues, he may file a civil rights suit under § 1983.

This Court made a *de novo* review of Petitioner's objections and determined that they lack

merit.  This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions.  The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED WITHOUT PREJUDICE**; and

**ORDERS** that all motions not previously ruled on are denied.

 **So ORDERED and SIGNED this 19th day of June, 2008.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**